# Exhibit E

AMERIQUEST®
MORTGAGE COMPANY

July 21, 2006

***Via Federal Express***

Christopher Lefebvre, Esq.
Family And Consumer Law Center
Two Dexter Street
P.O. Box 479
Pawtucket, Rhode Island 02862

| | | |
|---|---|---|
| ***Re:*** | ***Borrower:*** | ***Carol A. Beaudoin and Ronald N. Beaudoin*** |
| | ***Ameriquest Loan Number Ending In:*** | ***XXXXXXX2088*** |
| | ***Property Address:*** | ***115 Hamilton Street*** |
| | | ***Cumberland, Rhode Island 02915*** |

Dear Mr. Lefebvre:

This letter is in response to your correspondence dated June 26, 2006 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act. We note that your letter states that you represent Carol A. Beaudoin but that you did not attach a letter or writing signed by your client which authorizes Ameriquest to release account specific information to you. Please fax the written authorization and address all future correspondence to Ameriquest Mortgage Company at the following address:

Attn: Legal Department
Ameriquest Mortgage Company
1100 Town and Country Road, Suite 1200
Orange, California 92868
Fax: (714) 245-0872

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your client's rescission request.

Not withstanding the above, Ameriquest is prepared to make your client and Ronald N. Beaudoin an offer as a customer accommodation. Upon our receipt of you client's written authorization, we will forward our offer to your office.

We trust that this responds to your concerns.

Sincerely,

Patty Tanous
Regulatory Response Analyst III

cc: Steve Taber, Esq.