**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CAROL A. BEAUDOIN**

**Plaintiff,** : **C.A. 06-480-ML**

:

**VS.** :

:

**AMERIQUEST MORTGAGE** :
**COMPANY** :
**Defendant** :

---

**PLAINTIFF'S ANSWER TO THE DEFENDANT'S AMERIQUEST MORTGAGE COMPANY COUNTERCLAIM**

Plaintiff Carol A. Beaudoin ("Plaintiff") by and through her attorney, Christopher M. Lefebvre, hereby answers the Counterclaim filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and states:

1. Plaintiff admits the allegations set forth in paragraphs 1, 2, 3, 4, 5, 8 and 9 of the Defendant's Counterclaim.

2. Plaintiff deny the allegations set forth in paragraphs 6 and 10 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff prays that the Defendant's Counterclaim requesting a declaratory relief be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that

Plaintiff be awarded her cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiff prays that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim requesting a declaratory relief.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 4019
Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on December 27th, 2006, I electronically filed the Plaintiff's Answer to the Defendant's Ameriquest Mortgage Company Counterclaim using the CM/ECF System. The following participants have received notice electronically: Steven E. Snow at ses@phs.com at Partridge Snow & Hahn LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of this document to non CM/ECF participants: none.

/s/Christopher M. Lefebvre